UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:25-CR-060-CRS

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.

LUIS TORRES-FLORES                                                               DEFENDANT

### MEMORANDUM AND ORDER FOLLOWING CHANGE OF PLEA HEARING

This case was called in open court on May 8, 2025, for a change of plea. There appeared Danielle Yannelli, Assistant United States Attorney, in for Alicia P. Gomez, Assistant United States Attorney, and Defendant Luis Torres-Flores, in custody, with appointed counsel, Aaron M. Dyke, Assistant Federal Defender.

The Defendant, by counsel, advised the Court that he desired to change his previous plea of Not Guilty to Count 1 of the Indictment to a plea of Guilty as to Count 1 of the Indictment. The Court addressed the Defendant personally in open court and informed Defendant of and determined that the Defendant understood those matters set forth in Fed. R. Crim. P. 11(b)(1)(A) through (N). The Court further determined, after addressing the Defendant personally in open court, that the plea was voluntary and not the result of force, threats, or promises. The Court further inquired as to whether the Defendant's willingness to plead guilty resulted from prior discussions between the attorney for the government and the Defendant and/or his counsel pursuant to Fed. R. Crim. P. 11(c)(1).

The Court was advised that there was no written plea agreement in this case, and that the Defendant was entering an open, oral plea. The Court advised the Defendant that he would have no right to withdraw the plea at a later date, but that such a request could be made to the Court.

The Court further determined that there was a factual basis for the plea of Guilty as required under Rule 11(b)(3), and a plea of Guilty was entered and accepted as to Count 1 of the Indictment. All proceedings were conducted on the record as required by Rule 11(g). After the entry of guilty, the Court proceeded to sentencing. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the Defendant **SHALL** be **remanded to the custody** of the U.S. Marshal.

Dated: May 9, 2025

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record
     United States Probation
     Counsel of Record

Court Reporter: April Dowell

Time: 00/12